# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Arthur Jay Goulette,

        Plaintiff(s),

vs.

Sargent Warren,

        Defendant(s).

JUDGMENT IN A CIVIL CASE

3:06cv235-1

DECISION BY COURT. This action having come before the Court by Order and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/1/06 Order.

June 5, 2006

FRANK G. JOHNS, CLERK

BY: _____
Cynthia Huntley, Deputy Clerk